No. 887. County School Board, Arlington, Virginia, et al. v. Thompson et al. C. A. 4th Cir. Certiorari denied. *Albertis S. Harrison, Jr.*, Attorney General of Virginia, *Henry T. Wickham*, Special Assistant to the Attorney General, *Frank L. Ball* and *James H. Simmonds* for petitioners.

No. 891. First National Bank of Elwood v. Bixby, Trustee in Bankruptcy. C. A. 7th Cir. Certiorari denied. *C. Severin Buschmann* for petitioner. *Charles B. Feibleman* for respondent.

No. 892. Berge v. National Bulk Carriers, Inc., et al. C. A. 2d Cir. Certiorari denied. *Frank Reiss* for petitioner. *John H. Dougherty* for the National Bulk Carriers, Inc., and *Patrick E. Gibbons* and *Louis P. Galli* for the Todd Shipyards Corporation, respondents.

No. 894. Kissinger v. United States. C. A. 3d Cir. Certiorari denied. *Andrew Wilson Green* for petitioner. *Solicitor General Rankin, Assistant Attorney General Hansen, Neil Brooks* and *Donald A. Campbell* for the United States.

No. 897. Pelton Steel Casting Co. v. Commissioner of Internal Revenue. C. A. 7th Cir. Certiorari denied. *Malcolm K. Whyte* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Robert N. Anderson* and *Elmer J. Kelsey* for respondent.

No. 508, Misc. Markham v. Ellis, General Manager, Texas Department of Corrections, et al. Court of Criminal Appeals of Texas. Certiorari denied.